CHARLES DIBBLE, PLAINTIFF IN ERROR VS. THE JACKSONVILLE AND ALLIGATOR PLANK ROAD COMPANY, DEFENDANT IN ERROR.

Writ of Error to a Judgment of Duval County Circuit Court.

*McQueen McIntosh* for Plaintiff in Error.

*G. W. Call, Jr.*, for Defendant in Error.

DuPONT, J.,

This case is similar in all respects to the case of Joseph A. Barbee, (except that one instalment had been paid in, which makes it yet a stronger case,) decided at the present term, and will abide the decision in that case.

Therefore let the Judgment be affirmed with costs.